IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUL 18 AM 11: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

HOME BUYERS WARRANTY INSURANCE
SERVICES, LLC, ET AL.,

    Plaintiffs,

V.                                          NO. 04-3010-MaA

CHARLES PARK, ET AL.,

    Defendants.

---

ORDER GRANTING PERMISSION TO FILE REPLY

---

Before the court is plaintiffs' June 3, 2005, motion to file a reply brief in further support of their petition seeking enforcement of the parties' arbitration agreement. For good cause shown, the motion is granted and plaintiffs may file their reply brief.

It is so ORDERED this 15th day of July, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-03010 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

T. Tarry Beasley
LAW OFFICES OF T. TARRY BEASLEY, II
1850 Poplar Crest Cove
Ste. 200
Memphis, TN 38187

Julie B. Peak
ORTALE KELLEY HERBERT & CRAWFORD
200 Fourth Avenue North
Third Floor Noel Place
Nashville, TN 37219--898

Thomas C. Corts
ORTALE KELLEY HERBERT & CRAWFORD
200 N. 4th Avenue
3rd Floor
Nashville, TN 37219--098

Honorable Samuel Mays
US DISTRICT COURT